NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDREW J. MOLIVER,                          )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No.  2D18-4891
                                            )
STEVEN H. SEROTTE,                          )
                                            )
          Appellee.                         )
                                            )
_____     )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Pinellas
County; Linda R. Allan, Judge

Andrew J. Moliver, pro se.

Caitlin C. Szematowicz and Rachel Drude-
Tomori of Battaglia, Ross, Dicus & McQuaid,
P.A., St. Petersburg, for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, MORRIS, and ATKINSON, JJ., Concur.